**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                    Case No.:        6:13-bk-07056-CCJ
Orlando Gateway Partners, LLC                                             Chapter 11

      Debtor.
_____ /

**MOTION TO CONTINUE HEARING ON**
**GOOD GATEWAY, LLC, GOOD CAPITOL GROUP, INC.**
**AND SEG GATEWAY, LLC'S MOTION TO DISMISS**

ORLANDO GATEWAY PARTNERS, LLC, by and through undersigned counsel,

hereby moves this Honorable Court for entry of an order continuing the hearing on Good

Gateway, LLC, Good Capitol Group, Inc. and SEG Gateway, LLC's (Gateway, Capital and

SEG, collectively, "Movants")  Motion to Dismiss, and in support of this Motion, submit(s) as

follows:

1.      The matter set for hearing in this case came before the Court at a hearing on July 1, 2013,

to consider and act upon: the motion (Doc. no. 18) of the Movants.

2.      At the hearing, Judge Jackson recused herself.

3.      The Court reset this matter for hearing on July 10, 2013 at 10:00 am.

4.      At that time the Debtor's attorney, Thomas A. Sadaka, informed the court that he was

unavailable and would be out of town.

5.      Thomas A. Sadaka also informed the Court that he was the only bankruptcy attorney in

the firm.

6.      At present the Debtor is out of the country and would like to attend the hearing.

7.      Debtor delayed his departure in order to attend the July 1, 2013 hearing and is unable to

come back to the United States to attend this hearing.

8.      Accordingly, the Debtor respectfully requests that the Court continue the hearing currently set for July 10, 2013.

9.      The Trustee in this case provided until July 15, 2013 for response to any outstanding issues.

10.     This request is not made for purposes of delay.


        WHEREFORE, the Debtor respectfully requests that the Court enter an Order: (i) continuing the Hearing to a date and time as reasonably soon thereafter that the Court can reschedule the matter on its calendar; and (ii) for all other just and proper relief.

Respectfully submitted

                                        NeJame Law
                                        189 South Orange Avenue, Suite 1800
                                        Orlando, Florida 32801
                                        Office No: (407) 245-1232
                                        Facsimile No: (407) 245-2980
                                        Counsel for Debtors and Debtors in Possession

                                        /s/Thomas A. Sadaka
                                        THOMAS A. SADAKA
                                        Florida Bar No: 0915890


## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of document number 39 has been electronically filed through the CM/ECF system which will provide copies to all counsel of record this 9th day of July, 2013.


                                        /s/Thomas A. Sadaka
                                        THOMAS A. SADAKA, ESQ.
                                        Florida Bar Number: 915890
                                        Nejame Law

NeJame LaFay Jancha Ahmed Barker Joshi
& Moreno
189 S Orange Ave, Suite 1800
Orlando, FL 32801
tom@nejamelaw.com
407-245-1232
866-566-2153 facsimile