UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| ORLANDO GATEWAY PARTNERS, ) | Case No.  6:13-bk-07056-KSJ |
| LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER DENYING CREDITOR'S MOTION TO DISMISS;
ORDER DENYING DEBTOR'S MOTION FOR SANCTIONS; AND
<u>ORDER GRANTING CREDITOR'S MOTION FOR RELIEF FROM STAY</u>**

This case came on for hearing on July 15, 2013, on the Expedited Motion to Dismiss Case with 180 day Injunction Against Re-Filing for Bad Faith filed by SEG Gateway, LLC (Doc. No. 18), the Debtor's Motion for Sanctions Against Good Gateway, LLC for Violation of Automatic Stay (Doc. No. 16), and the Expedited Motion for Relief from Stay filed by SEG Gateway, LLC (Doc. No. 42).  Consistent with the findings of fact and conclusions of law stated orally, rendered on July 15, 2013, and recorded in open court pursuant to F.R.B.P. 7052, the Court makes the following ruling and retains jurisdiction to issue supplemental written findings of fact and conclusions of law to further explain the oral ruling, in the event an appeal is filed, pursuant to *In re Mosley*, 494 F.3d 1320 (11th Cir., 2007).  Accordingly, it is

**ORDERED**:

1.    The Expedited Motion to Dismiss Case with 180 day Injunction Against Re-Filing for Bad Faith filed by SEG Gateway, LLC (Doc. No. 18) is denied.

2.    The Debtor's Motion for Sanctions Against Good Gateway, LLC for Violation of Automatic Stay (Doc. No. 16) is denied.

3. The Expedited Motion for Relief from Stay filed by SEG Gateway, LLC (Doc. No. 42) is granted for all purposes and without any limitations to allow the 9th Judicial Circuit for Orange County Florida to proceed with all litigation involving: Good Gateway, LLC, SEG Gateway, or Good Capital Group, Inc. (or any other related Plaintiffs, or Cross-Claim Parties) and the Debtor, Orlando Gateway Partners, LLC (and any other related parties), including the following cases: Case Nos. 2009-CA-039746-O; and 2010-CA-015315-O.

4. A further Status Conference is set in this Chapter 11 case for **October 30, 2013, at 11:00 a.m.**, in Courtroom A, Sixth Floor, 400 West Washington Street, Orlando, Florida 32801.

DONE AND ORDERED in Orlando, Florida, on July 16, 2013.

_K.O._

_____
KAREN S. JENNEMANN
Chief United States Bankruptcy Judge