UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                      Case No. 6:13-bk-07056-KSJ

ORLANDO GATEWAY PARTNERS, LLC

    Debtor.

_____/

### RESPONSE TO DEBTOR'S MOTION TO DISMISS
### CHAPTER 11 CASE WITHOUT PREJUDICE

GOOD GATEWAY, LLC, ("Gateway") GOOD CAPITAL GROUP, INC. ("Capital"), AND SEG GATEWAY, LLC ("SEG") (Gateway, Capital, and SEG, collectively, "Respondents") by and through the undersigned counsel, file this Response to the Motion to Dismiss Chapter 11 Case Without Prejudice filed by Orlando Gateway Partners, LLC, ("Debtor") (the "Motion") (Doc. No. 71) and state as follows in support:

### DEBTOR'S MOTION SHOULD BE SET FOR FINAL EVIDENTIARY HEARING AT OR AFTER THE STATUS CONFERENCE CURRENTLY SCHEDULED FOR OCTOBER 30, 2013 AT 11:00AM TO PERMIT DISCOVERY AND MEDIATION

1.    As detailed in Respondent's earlier pleadings (Doc. Nos. 18, 27, 42, and 49), the Debtor filed this Chapter 11 case attempting to obtain the benefit of the automatic stay for related, solvent, co-defendants in pending in state court litigation.

2.    A trial was scheduled to begin during the first week of August, however, by the time Respondents could present the state court judge with an order clarifying that the automatic stay was lifted as to the Debtor and did not apply to the non-debtor defendants, the state court trial was postponed. Thus, the Debtor's strategy in filing this case was effective. The Debtor

delayed the state court litigation, did not produce discovery, and protected the affiliate non-debtor co-defendants; the state court's trial docket now cannot accommodate the trial until 2014.

3. Having accomplished its goal, the Debtor no longer wishes to remain in its Chapter 11 case with its financial affairs exposed to creditors, this Court, and the office of the United States Trustee, and now seeks to dismiss its case without prejudice to refile. At this point in the case, for the following reasons, granting the Debtor's Motion to Dismiss would be premature.

4. First, Respondents are entitled to take discovery in this Chapter 11 case to ascertain the nature of the Debtor's assets and to understand pre-petition transfers; motions for 2004 examinations of Chittranjan K. Thakkar (Doc. No. 60) and Wells Fargo (Doc. No. 61) are pending. Respondents are entitled to discover what transfers the Debtor made and when. In the event the court grants the motions for 2004 examinations, subpoenas will be issued seeking documents which will permit Respondents to assess what the Debtor has and whether reorganization is possible.

5. Second, in the pending state court cases, Respondents have proposed that the court bifurcate the discrete issue of whether the Debtor's principals fraudulently transferred SEG's 45% membership interest in the Debtor (as SEG has alleged) so that this limited issue can be heard by the state court before the end of 2013. Respondent's state court counsel has conferred with Debtor's counsel, and a stipulation to bifurcate is likely. If the state court is amenable to bifurcation, the issue regarding the transfer can be heard in a short trial that is not expected to exceed one day.

6. Third, a mediation of the state court issues is scheduled for September 16, 2013, pursuant to which the parties may be able to reach a global compromise.

7. For these reasons, in the short term, creditors of the Debtor are best served by keeping the Debtor in this Chapter 11 case until its assets and liabilities can be explored and assessed.

WHEREFORE, Movants, GOOD GATEWAY, LLC, GOOD CAPITAL GROUP, INC., AND SEG GATEWAY, LLC, respectfully request that this Court set the Debtor's Motion to Dismiss without Prejudice (Doc. No. 71) for final evidentiary hearing at or after the status conference currently scheduled in this case on October 30, 2013 at 11:00am, and for any other and further relief as is equitable and just under the circumstances.

Respectfully submitted on this 30th day of August, 2013.

*s/Tiffany D. Payne*
Elizabeth A. Green, Esq.
Florida Bar No. 0600547
Tiffany D. Payne, Esq.
Florida Bar No. 0421448
BAKER HOSTETLER LLP
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, FL 32801-3432
Telephone: (407) 649-4036
Fax: (407) 841-0168
Email: egreen@bakerlaw.com
Email: tpayne@bakerlaw.com
Counsel for Good Gateway, LLC,
Good Capital Group, Inc., and SEG Gateway, LLC

602554501.1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                              Case No. 6:13-bk-07056-KSJ

ORLANDO GATEWAY PARTNERS, LLC

    Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY GOOD GATEWAY, LLC, GOOD CAPITAL GROUP, INC. AND SEG GATEWAY, LLC**, together with all exhibits, has been furnished via electronic transmission using the Court's CM/ECF System to all parties requesting such notice, and/or by U.S. First Class postage prepaid mail to: Orlando Gateway Partners, LLC, 5875 Peachtree Industrial Blvd, Suite 340, Norcross, GA 30092-3654; United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2217; and all creditors and parties in interest as shown on the mailing matrix attached to the original of this Response filed with the Court on this 30th day of August, 2013.

                                             *s/Tiffany D. Payne*
                                             Elizabeth A. Green, Esq.
                                             Florida Bar No. 0600547
                                             Tiffany D. Payne, Esq.
                                             Florida Bar No. 0421448
                                             BAKER HOSTETLER LLP
                                             200 South Orange Avenue
                                             SunTrust Center, Suite 2300
                                             Orlando, FL 32801-3432
                                             Telephone: (407) 649-4036
                                             Fax: (407) 841-0168
                                             Email: egreen@bakerlaw.com
                                             Email: tpayne@bakerlaw.com
                                             Counsel for Good Gateway, LLC,
                                             Good Capital Group, Inc., and SEG Gateway, LLC

602554501.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:13-bk-07056-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Aug 30 15:14:22 EDT 2013 | Orlando Gateway Partners, LLC<br>5875 Peachtree Industrial Blvd<br>Suite 340<br>Norcross, GA 30092-3654 | Wells Fargo Bank, N.A.<br>c/o Michael E. Demont, Esq.<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-5182 |
| A&D Restaurant Groups, LLC<br>261 W 35th Street<br>Suite 504<br>New York Ny 10001-1902 | Bloom Sugarman Everett, LLP<br>977 Ponce de Leon Ave, NW<br>Atlanta, GA 30306 | Bonefish Grill LLC<br>2202 N West Shore Blvd<br>5th Floor<br>Tampa FL 33607-5747 |
| Branch Banking & Trust<br>217 17th Street NW<br>Atlanta, GA 30363-1017 | Branch Banking & Trust Co.<br>171 17th Street<br>Atlanta, GA 30363-1032 | Carrabba's Italian Grill<br>2202 N West Shore Blvd<br>5th Floor<br>Tampa FL 33607-5747 |
| Chittranjan Thakkar, Mgr.<br>Niloy & Rohan, LLC<br>5875 Peachtree Ind Blvd<br>Suite 340<br>Norcross, GA 30092-3654 | Dickinson & Gibbons, PA<br>Gateway Prof Ctr<br>410 N Cattleman Rd<br>Ste 300<br>Sarasota FL 34232 | Florida Department of Rev<br>5050 W Tennessee Street<br>Tallahassee, FL 32399-6586 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Good Gateway LLC<br>c/o Clay M Townsend Esq<br>Morgan & Morgan, PA<br>20 N Orange Ave Ste 1600<br>Orlando FL 32801-4624 | Gray Robinson, PA<br>301 E Pine St<br>Orlando, FL 32801-2798 |
| Greenspoon Marder<br>Trade Center South<br>Suite 700<br>Fort Lauderdale, FL 33309 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | King Blackwell<br>Attn: Burce B Blackwell Esq<br>25 East Pine Street<br>P.O. Box 1631<br>Orlando, FL 32802-1631 |
| Morgan & Morgan, PA<br>20 N Orange Ave #1600<br>Orlando, FL 32801-4624 | Nilhan Financial, LLC<br>5875 Peachtee Industrial Blv<br>Suite 340<br>Norcross, GA 30092-3654 | Nilhan Financial, LLC<br>5875 Peachtree Industrial Bl<br>Suite 340<br>Norcross, GA 30092-3654 |
| Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | Pioneer Construction Service<br>124 Terra Mango Loop<br>Suite A<br>Orlando FL 32835-8506 | SEG Gateway LLC<br>c/o Clay M Townsend Esq<br>Morgan & Morgan, PA<br>20 N Orange Ave STE 1600<br>Orlando FL 32801-4624 |
| Securities Exchange Commission<br>175 W Jackson St<br>Ste 900<br>Chicago IL 60604-2908 | Seito Sushi Celebration LLC<br>671 Front Street<br>Suite 100<br>Kissimmee FL 34747-4953 | Sixt Rent A Car LLC<br>3900 NW 25th Street<br>Suite 407<br>Miami FL 33142-6705 |
| The Shilla Spa LLC<br>3002 Redwood National Drive<br>Apt 3507<br>Orlando FL 32837-2317 | Weinstock & Scavo<br>3405 Piedmont Rd, NE<br>Atlanta, GA 30305-1728 | Wells Fargo<br>P.O. Box 30086<br>Los Angeles, CA 90030-0086 |

| | | |
|---|---|---|
| Michael E Demont +<br>Smith Hulsey & Busey<br>225 Water Street Suite 1800<br>Jacksonville, FL 32202-4494 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 | Elena L Escamilla +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 |
| Timothy S Laffredi +<br>Office of the United States Trustee<br>400 W. Washington St., Suite 1100<br>Orlando, FL 32801-2440 | Thomas Sadaka +<br>Seiden Alder Matthewman & Bloch<br>1420 Celebration Boulevard<br>Suite 200<br>Celebration, FL 34747-5162 | Tiffany D Payne +<br>Baker Hostetler<br>PO Box 112<br>Orlando, FL 32802-0112 |

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Good Capital Group, Inc. | (u)Good Gateway, LLC | (u)Karen S. Jennemann<br>Orlando |
| (u)SEG Gateway, LLC | (u)Northwesterly Corner of South Semoran Blvd | (u)Preferred Return |
| (d)Wells Fargo Bank, N.A.<br>c/o Michael E. Demont, Esq.<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202-5182 | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients    7<br>Total                 43 | |