**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:                                                                   Case No. 6:13-BK-07056-KSJ
                                                                                  Chapter 11
ORLANDO GATEWAY PARTNERS, LLC

     Debtors.
_____/

## NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE that Good Gateway, LLC ("Good Gateway") and SEG Gateway, LLC ("SEG") (together, the "Good Creditors"), by and through their undersigned counsel, will call up for preliminary hearing on **Wednesday, September 24, 2014, at 2:45 p.m.**, before the Honorable Karen S. Jennemann, Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street, Orlando, Florida, or as soon thereafter as the same may be heard the following:

### GOOD CREDITORS' MOTION TO REOPEN BANKRUPTCY CASE

**and**

### GOOD CREDITORS' EMERGENCY MOTION TO EXTEND REFILING INJUNCTION CONTAINED WITHIN DISMISSAL ORDER

**PLEASE GOVERN YOURSELF ACCORDINGLY.**

    /s/ Stephenie Biernacki Anthony
**JOHN A. ANTHONY, ESQ.**
Florida Bar Number:  0731013
janthony@anthonyandpartners.com
**STEPHENIE BIERNACKI ANTHONY, ESQ.**
Florida Bar Number:  0127299
santhony@anthonyandpartners.com
**ALLISON C. DOUCETTE, ESQ.**
Florida Bar Number: 0085577
adoucette@anthonyandpartners.com
ANTHONY & PARTNERS, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida  33602
Telephone:  813/273-5616
Facsimile:  813/221-4113
Attorneys for the Good Creditors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by CM/ECF or U.S. first class mail this 5th day of September, 2014, to:

Orlando Gateway Partners, LLC
5875 Peachtree Industrial Blvd
Suite 340
Norcross, GA 30092

U.S. Trustee
United States Trustee - ORL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Elena L Escamilla
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801

Timothy S Laffredi
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801

Local Rule 1007-2 parties in interest

/s/ Stephenie Biernacki Anthony
**ATTORNEY**